O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6623 AHM (MANx) | Date | January 12, 2011 |
|---|---|---|---|

| Title | FEDERAL DEPOSIT INSURANCE CORP. v. HENRY SHAHERY *et al.* |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

  Plaintiff filed a Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, on December 22, 2010.[1]  Defendant Henry Shahery, an individual, and a trustee of the H. & N Shahery. Revocable Trust, filed a Notice of Non-Opposition to Plaintiff's Motion on January 6, 2011.[2]   The Court hereby GRANTS Plaintiff's unopposed motion for summary judgment.  Plaintiff is ordered to file a proposed judgment, including monetary terms, with the Court by not later than January 21, 2011.

  No hearing is required.  Fed. R. Civ. P. 78; Local Rule 7-15.

                         :

                Initials of Preparer   KB

---

[1] Dkt. 44.

[2] Dkt. 51.