JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for SECURITY PACIFIC BANK,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY SHAHERY, an individual; and HENRY SHAHERY, TRUSTEE of the H. & N. SHAHERY REVOCABLE TRUST,<br><br>Defendants. | Case No. CV10-6623 AHM (MANx)<br><br>*Complaint filed September 3, 2010*<br><br>**JUDGMENT**<br><br>Discovery Cut-Off:    Vacated<br>Pretrial Conference:  Vacated<br>Trial Date:           Vacated |

This action came before the Court without hearing oral argument, the Honorable A. Howard Matz, District Judge, presiding, on plaintiff Federal Deposit Insurance Corporation as Receiver for Security Pacific Bank's ("Plaintiff") <u>unopposed</u> Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment, Against Defendants ("Motion"), and the evidence presented having been fully considered, the issues having been duly determined and a decision having been duly rendered as set forth in the Court's January 12, 2011 Minute Order granting the Motion.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion has already been granted and that judgment is therefore now entered for

-2-

plaintiff Federal Deposit Insurance Corporation as Receiver for Security Pacific Bank and against defendants Henry Shahery and Henry Shahery, Trustee of the H. & N. Shahery Revocable Trust, jointly and severally, such that plaintiff Federal Deposit Insurance Corporation as Receiver for Security Pacific Bank shall have and recover from defendants Henry Shahery and Henry Shahery, Trustee of the H. & N. Shahery Revocable Trust, jointly and severally, the sum of $4,291,278.39, with interest continuing to accrue at $1,919.48 per day until entry of this Judgment. From and after the date of entry of this Judgment, interest shall continue to accrue on all amounts owing under this Judgment pursuant to 28 U.S.C. § 1961 until it is paid in full.

As the prevailing party, plaintiff Federal Deposit Insurance Corporation as Receiver for Security Pacific Bank shall also have and recover from defendants Henry Shahery and Henry Shahery, Trustee of the H. & N. Shahery Revocable Trust, jointly and severally, all of Plaintiff's costs and reasonable attorneys' fees incurred in connection with this action, in the total amount of $___ and in connection with the registration, collection, execution and enforcement of this Judgment. Such amounts shall be sought by motion.

DATED: 1/19/11.

HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Submitted by:

GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation

ANDREW S. PAULY
BRIAN C. COOLIDGE

By:          /s/ ANDREW S. PAULY
     ANDREW S. PAULY, a Member of
     GREENWALD, PAULY, FOSTER & MILLER,
        A Professional Corporation,
         Attorneys for Plaintiff
  FEDERAL DEPOSIT INSURANCE CORPORATION as
       Receiver for SECURITY PACIFIC BANK